IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEWARI DE-OX SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA:08-CV-00190-OLG |
| | § | |
| | § | |
| MOUNTAIN STATES/ROSEN, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff's Rule 12(b)(1) motion. In order to determine the merits of the motion, defendant is hereby ORDERED to file with the Court and serve on plaintiff's counsel on or before _____ a list of:

(a) the members of defendant;

(b) the members of Mountain States Lamb and Wool Cooperative (MSL&W); and

(c) the members, partners, or other constituents of any unincorporated entity directly or indirectly owning at any level an interest in either defendant or MSL&W as of March 7, 2008. Such list shall provide sufficient information from which to determine the "citizenship" of each entity for the purpose of 28 U.S.C. § 1332.

SIGNED March _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**